UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      v.

KAREEM GIBBONS,

              Defendant.
- - - - - - - - - - - - - - - X

SEALED ORDER
21 Cr. ___/ (GHW)

**21 CRIM 668**

        WHEREAS, an application has been made by the United States of America, with the defendant's consent, requesting that the Court: (1) seal the transcript of the proceedings on November 2, 2021 and related documents, including the transcript, the Information, and this Order, and 2) seal any items related to this case until further order of the Court; and

        WHEREAS, the Court finds that the safety of the defendant and/or his loved ones may be placed at risk if the Government=s application is not granted;

IT IS HEREBY ORDERED that: (1) the transcript of the proceedings on November 2, 2021 and related documents, including the Information, and this Order shall be sealed until further order of the Court; (2) this Order and the related application shall be sealed until further order of the Court; and (3) all docket entries associated with the proceedings on November 2, 2021 and any future proceedings in this matter shall be sealed until further order of the Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court.

IT IS FINALLY ORDERED that the Government shall report to the Court on or before three months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:     New York, New York
           \_\_\_\_11/2_____, 2021

_____/s/ Sarah Cave_____
THE HONORABLE SARAH CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

1