UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
-v-                                         :         1: 21-cr-668-GHW
:
KAREEM GIBBONS,                             :         ORDER
:
                          Defendant.        :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, MATTHEW WEINBERG, Assistant United States Attorney, of counsel, and with the consent of KAREEM GIBBONS, by and through his attorney, MARISA CABRERA, it is hereby ORDERED that the status conference in this matter scheduled for November 22, 2021 is adjourned to December 1, 2021 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through December 1, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  November 19, 2021
        New York, New York

_____
GREGORY H. WOODS
United States District Judge