UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,            :

-v-                                           :                    1:21-cr-668-GHW

KAREEM GIBBONS,                      :                    ORDER

                                    Defendant. :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       A proceeding is scheduled in this matter on March 8, 2022 at 2:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant Kareem Gibbons is ORDERED to appear before the court on that date and time.

       SO ORDERED.

Dated: March 2, 2022
       New York, New York

                                                                      GREGORY H. WOODS
                                                           United States District Judge