UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                   :
:
:
-v-                                         :     1:21-cr-668-GHW
:
:
KAREEM GIBBONS,                             :     ORDER
:
Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on June 23, 2022 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendant Kareem Gibbons is ORDERED to appear before the court on that date and time.

SO ORDERED.

Dated: June 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge