UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAREEM GIBBONS,<br>a/k/a/ "Kareem Hendricks"<br><br>Defendant. | 21 Cr. 668 (GHW)<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Matthew Weinberg, Assistant United States Attorney, of counsel, and with the consent of Kareem Gibbons, a/k/a "Kareem Hendricks," by and through his attorney, Marisa Cabrera, the Court orders a pretrial conference in this case for July 13, 2022 at 10:00 a.m.

The Court finds that the ends of justice served by excluding time pursuant to the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and will allow any newly appointed counsel for the defendant time to receive and review discovery. Accordingly, it is ORDERED that the time from the date of this order through July 13, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated: June 29, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge