UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v-

    KAREEM GIBBONS,

                           Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2022

1:21-cr-668-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter on August 31, 2022 at 10::00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                                 GREGORY H. WOODS
                                        United States District Judge