USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 10/8/2026

**MEMORANDUM ENDORSED**

Konta, Georges, and Buza, P.C.
233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

October 8, 2026

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Kareem Gibbons,* 21 Cr. 668 (GHW)**

Dear Judge Woods:

I represent Kareem Gibbons pursuant to the above-mentioned violation of supervised release. The matter is next scheduled to be heard on October 14, 2026, at 2:00 p.m. As the Court knows, the specifications associated with Mr. Gibbons's violation stem from a Bronx County arrest. The state court matter associated with that arrest is next scheduled to be heard on November 12, 2026. The parties are continuing discussions regarding how to best resolve the violation before the Court and would like to see what transpires at the November 12th state court appearance because it could affect the proceeding here. Accordingly, we jointly request that the Court adjourn next week's status conference to a date past November 12th at which point the parties hope to have a better understanding regarding how the matter should be resolved. This is the second request to adjourn the status conference and is done without objection from either party.

Respectfully Submitted,

/s/

John P. Buza

Application granted. The status conference scheduled for October 14, 2026 is adjourned to November 23, 2026 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 56.
SO ORDERED.

Dated: October 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge