UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, -against- KAREEM GIBBONS, Defendant. | 1:21-cr-668-GHW-1 ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: 11/23/2026

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on November 23, 2026, the defendant's conditions of supervised release are modified as follows by the addition of the following condition:

> The defendant shall participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether he has reverted to using drugs or alcohol. The defendant shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

For so long as the defendant is participating in the inpatient treatment program, the location monitoring condition of his release is suspended.

SO ORDERED.

Dated: November 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge